IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SHANNON SPENCER,

    Plaintiff,

v.   No. CV 20-556 KK/CG

BOARD OF COUNTY COMMISSIONERS FOR
THE COUNTY OF DE BACA, et al.,

    Defendants.

## ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER

**THIS MATTER** is before the Court on Defendants' *Unopposed Motion to Extend County Defendants' Deadline to Respond to Plaintiff's Complaint for the Recovery of Damages Caused by the Deprivation of Civil Rights* (the "Motion"), (Doc. 7), filed July 2, 2020. In the Motion, Defendants request additional time to respond to Plaintiff's Complaint to facilitate early mediation. (Doc. 7 at 2). The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendants shall respond to Plaintiff's Complaint no later than **August 6, 2020**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE