IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

SHANNON SPENCER,

      Plaintiff,

v.                                                      No. CV 20-556 KWR/CG

BOARD OF COUNTY COMMISSIONERS FOR
THE COUNTY OF DE BACA, et al.,

      Defendants.

### ORDER TO SUBMIT CLOSING DOCUMENTS

**THIS MATTER** is before the Court upon notice that this case has settled.

**IT IS THEREFORE ORDERED** that closing documents are to be filed **no later than October 14, 2020**, absent a request showing good cause for an extension.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE